James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COBBLER NEVADA, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **SALEH MAHDI ALYAMI,** <br><br> Defendant. | Case No.: 3:15-cv-02062-GPC-JMA <br><br> MOTION FOR SUBSTITUTE SERVICE |

Plaintiff respectfully request that the Court order that substitute service be made as allowed by CCP 415.50. The legal notice will comply with California law and is the reasonable means calculated to apprise the Defendant of the existence and pendency of the action. This motion is supported by a memorandum and affidavit of attorney.

DATED: March 17, 2016

                                               Respectfully submitted,
                                               JAMES S. DAVIS ATTORNEY AT LAW
                                               /s/James S. Davis
                                               James S. Davis CALBAR NO.207963
                                               Jamesdee3080@msn.com
                                               Of attorneys for the plaintiff