James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COBBLER NEVADA, LLC**,<br><br>Plaintiffs,<br>v.<br><br>**MAHDI ALYAMI, SALEH**<br>Defendant. | Case No.: 3:15-cv-02062-GPC-JMA<br><br><br>WITHDRAWAL OF DOCUMENT DOCKET NO. 33, BILL OF COSTS |

Plaintiff hereby withdraws Docket No. 33 Bill of costs.

DATED: November 1, 2016

s/James S. Davis________________
James S. Davis Cal Bar No. 207963
Email: jamesdee3080@msn.com
(619) 934-4600
Of attorneys for the plaintiff